1 | David M. Stern (State Bar No. 067697)
Martin N. Kostov (State Bar No. 301135)
2 | KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
3 | Los Angeles, California 90067
Telephone: 310-407-4000
4 | Facsimile: 310-407-9090
Email: dstern@ktbslaw.com

*Counsel for Defendants Green Day Touring, Inc.
and Creative Artists Agency, LLC*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 15-10759 AJ |
| NI-FI FESTIVALS, LLC, | Chapter 7 |
| Debtor. | |
| LINDA S. GREEN, Trustee in Bankruptcy of the Estate of Ni-Fi Festivals, LLC, | Adv No. 15-1086 AJ |
| Plaintiff, | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| GREEN DAY TOURING, INC., a California corporation; and CREATIVE ARTISTS AGENCY, LLC, a Delaware limited liability company, | |
| Defendants. | |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Defendants Green Day Touring, Inc. and Creative Artists Agency, LLC (together, "Defendants") and Plaintiff Linda S. Green, trustee in bankruptcy of the estate of Ni-Fi Festivals, LLC ("Plaintiff" and, together with Defendants, the "Parties"), by and through their respective counsel of record agree and stipulate as follows:

WHEREAS, Plaintiff filed its *Complaint to Avoid Fraudulent Transfers* [Dkt. No. 1] (the "Complaint") in the above-captioned adversary proceeding on October 19, 2015;

WHEREAS, Defendants currently must answer or otherwise respond to the Complaint by November 20, 2015; and

WHEREAS, the Parties have agreed to extend the Defendants' time to answer or otherwise respond to the Complaint from November 20, 2015 to December 15, 2015.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel, that:

1. The time by which Defendants must answer or otherwise respond to the Complaint shall be extended through December 15, 2015.
2. This Stipulation is without prejudice to any party's rights, including any rights to assert or contest that the Bankruptcy Court may enter judgment in this adversary proceeding.

DATED: November 9, 2015          KLEE, TUCHIN, BOGDANOFF & STERN LLP

/s/ *David M. Stern*
David M. Stern

*Counsel for Defendants Green Day Touring, Inc. and Creative Artists Agency, LLC*

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1
2  DATED: November 9, 2015	MacCONAGHY & BARNIER, PLC
3
4	/s/ *John H. MacConaghy*
	John H. MacConaghy
5
6	*Special Counsel for Plaintiff Linda S. Green, Trustee in Bankruptcy of the Estate of Ni-Fi Festivals, LLC*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28